UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG - 8 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES OF AMERICA

v.

FREDRICK SMITH

JUDGE JOAN H. LEFKOW

No. 13 CR 556

Violation: Title 18, United States Code, Section 1708

MAGISTRATE JUDGE KIM

The SPECIAL JULY 2013 GRAND JURY charges:

On or about December 7, 2012 at Harvey, in the Northern District of Illinois, Eastern Division,

FREDRICK SMITH,

defendant herein, did steal and take from a letter and mail carrier a letter, package, and mail, namely, an Express Mail Parcel addressed to Individual A, at an address in Harvey, Illinois 60426;

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY